✋ ORIGINAL

JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA,       :
                                :
        - v. -                  :        NOTICE OF INTENT TO
                                :        FILE AN INFORMATION
HAPPY TETTEY,                   :
                                :
                Defendant.      :        07 CRIM 626
                                :
- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          June 20, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     _____
                                    Parvin Moyne
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                            By:     _____
                                    SUSAN TIPPOGRAPH, Esq.
                                    Attorney for HAPPY TETTEY

6/21/07 WHEEL A