UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :      INFORMATION

       -v.-                              **07 CRIM. 626**

HAPPY TETTEY,                     :

           Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

From on or about July 29, 2006 to on or about August 16, 2006, in the Southern District of New York and elsewhere, HAPPY TETTEY, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, did effect and attempt to effect transactions, with one and more access devices issued to another person and persons, to receive payment and any other thing of value during any 1-year period the aggregate value of which is equal to and greater than $1,000, to wit, TETTEY used, without authorization, Discover credit cards of at least two other individuals, and obtained approximately $16,698.40 in goods and money.

  (Title 18, United States Code, Sections 1029 (a)(5) and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUL 1 0 2007

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HAPPY TETTEY,

Defendant.

Information
07 Cr. (___)

(18 U.S.C. §§ 1029 (a)(5) and 2)

MICHAEL J. GARCIA
United States Attorney.

7/10/07 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Susan Tipograph, AUSA Parvin Moyne a ch. Interpreter. Pres. Deft. Pleads not guilty.

s/ Mag Judge Katz