

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/14/07 |

U.S. Department of Justice

United States Attorney
Southern District of New York

SEP 14 2007

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 14, 2007

**By Facsimile**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Happy Tettey
    07 Cr. 626 (RPP)

Dear Judge Patterson:

A conference was scheduled in the above-referenced case for September 14, 2007, at 9:30 a.m. However, defense counsel is uanble to make the conference date. The parties therefore request an adjournment of the conference. The Government proposes that a conference be scheduled for the week of September 24, 2007.

The Government further respectfully requests (with the consent of the defendant) that the Court exclude the time between September 14, 2007 and the date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). While defense counsel has not yet submitted any motions, she asked for the additional time to confirm that no motions will be made. The parties expect to either report a disposition at the next conference, or request a trial date.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
(212) 637-2510

cc: Susan Tippograh, Esq. *(by facsimile)*

*Application granted. Conference adjourned and time excluded under the Speedy Trial Act in the interests of justice until 9/26/07. Defendant to determine motions by 9/26/07. So ordered.*
*Robert P Patterson*
*At 4PM*