# MEMO ENDORSED



NOV - 7 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

**BY FACSIMLE**

November 7, 2007

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07
```

Re:   **United States v. Happy Tettey,**
      **07 Cr. 626 (RPP)**

Dear Judge Patterson:

In my last letter I neglected to ask for a specific date for this matter to be adjourned. My trial in the Bronx is scheduled to begin on November 27, 2007, and I will be pre-occupied in preparing until then. The trial is expected to last about 3 weeks, or until right before the Christmas holidays. I would request, therefore, that this matter be adjourned until any day in the second week of January, 2008. Further, all of the time should be excludable as any delay has been occasioned by my trial schedule. As I indicated in my last letter, I have spoken with AUSA Parvin Moyne and the Government has no objection.

Very truly yours,

Susan Tipograph /pl

Susan V. Tipograph

cc:   AUSA Parvin Moyne
      (by facsimile)

*Application granted. Trial is adjourned to 1/14/08 at 9:30 AM. Voir Dire and Charge Requests due 1/7/08. Time is excluded under the Speedy Trial Act in view of defense counsel's actual engagement until 1/19/08. So ordered.*

*Robert P. Patterson USDJ*
*11/7/07*