```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    MISDEMEANOR
                                      INFORMATION
          v.                     :
                                      S1 07 Cr. 626 (RPP)
HAPPY TETTEY,                    :

          Defendant.             :

- - - - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney charges:

From on or about July 29, 2006 up to on or about August 16, 2006, in the Southern District of New York and elsewhere, HAPPY TETTEY, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did take and carry away, with intent to steal and purloin, property and money and other things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of a bank, to wit, TETTEY used, without authorization, the credit card of another person to withdraw money from an ATM machine belonging to Washington Mutual Bank.

(Title 18, United States Code, Section 2113(b).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney


USDC SDNY
DOCUMENT
DATE FILED: JAN 10 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

HAPPY TETTEY,

Defendant.

---

<u>INFORMATION</u>

S1 07 Cr. 626 (RPP)

(Title 18, United States Code,
Sections 2113(b).)

_____
<u>MICHAEL J. GARCIA</u>
United States Attorney.

---

1/10/08 - Deft. pres't w/ atty Typograph. AUSA Mayne present. Ct. Interpreter (in Ewe language) present. Deft. appears & is arraigned on the information. Deft. enters plea of guilty. Allocution conducted, Court accepts plea. PSR is ordered, sentence set for 4/14/08 at 4pm. Defendant continued released.

Patterson, J.