

**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

**MEMO ENDORSED**

**BY FACSIMILE**

April 10, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

Re:  United States v. Happy Tettey,
     S1 07 Cr 626-01 (RPP)

Dear Judge Patterson:

    This matter is on for sentencing on Monday, April 14, 2008, at 4:00 P.M. I am herein requesting that the matter be adjourned.

    I completed a 3 ½ week trial in Bronx County Supreme Court on April 4th and I am now catching up on missed work. I received the PSR for Ms. Tettey on April 1, 2008 and have arranged a meeting with her for next week to review it.

    I have spoken with AUSA Parvin Moyne and the Government has no objection to this request. Due to our respective schedules, the parties would request any of the following dates for the adjournment: May 5, 7, 9, 12, 13, 19 or 20, 2008.

    I thank you in advance for our attention to and courtesy in this matter.

Very truly yours,

Susan V. Tipograph

cc:  AUSA Parvin Moyne
     (by facsimile)

*Application granted.*
*Sentencing 5/5/08 at 4PM*
*So Ordered*
*Robt P. Patterson*
*USDJ*
*4/10/08*